**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-6676**

---

CHRISTINA JACOBS,

             Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA,

             Defendant - Appellee.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Senior District Judge.  (5:13-cv-00069-FPS-JES)

---

Submitted:  September 25, 2014       Decided:  September 30, 2014

---

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Christina Jacobs, Appellant Pro Se.  Erin K. Reisenweber, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christina Jacobs appeals the district court's order accepting, in part, the magistrate judge's recommendation to grant the Government's motion to dismiss her civil action, brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 2671 to 2680 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. Jacobs v. United States, No. 5:13-cv-00069-FPS-JES (N.D.W. Va. Apr. 14, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED